UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 09-5177-JST (AJWx)                                               Date:  January 5, 2011
Title:  Pikcard Musical Manufacturing Inc., et al. v. Michael Hallahan, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|     Ellen Matheson     |           N/A           |
|------------------------|-------------------------|
|      Deputy Clerk      |      Court Reporter     |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE PRETRIAL DOCUMENTS**

On June 10, 2010, Judge Otis D. Wright, II issued an Order Granting Stipulation (Doc. 38) that ordered the parties to lodge and file pretrial documents no later than January 4, 2011.  To date, the Court has not received any pretrial documents from any party, instead receiving only a notice referencing the parties' settlement status.  Nothing in that "notice" has any effect on the dates that have been set by the Court.

Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial documents. No later than January 7, 2011 at 5:00 p.m., counsel shall file the documents and a separate written response explaining their disregard of the Court's Order.

Initials of Preparer:  enm